IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-589

| | |
|---|---|
| Jana Van Wyk ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, through counsel, has submitted a Motion for Voluntary Dismissal of Plaintiff's Complaint.

Plaintiff's motion is hereby GRANTED and Plaintiff's Complaint shall be dismissed without prejudice.

So ORDERED.

This __11__ day of May, 2015.

JAMES C. DEVER III
Chief United States District Judge